# Court of Appeals
# of the State of Georgia

ATLANTA,  October 03, 2017

*The Court of Appeals hereby passes the following order:*

**A18A0287.  STEPHEN JONES v. THE STATE.**

In 2000, Stephen Jones pled guilty to armed robbery, kidnapping, sexual battery, and burglary.  On September 12, 2016, Jones filed a pro se motion for leave to file an out of time appeal.  On June 23, 2017, the trial court denied the motion.  On July 27, 2017, Jones filed a pro se notice of appeal to this Court.  We, however, lack jurisdiction.

A notice of appeal must be filed within 30 days after entry of the appealable order.  See OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. See *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995).  Jones's notice of appeal, filed 34 days after entry of the order, is untimely, and this appeal is therefore DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  10/03/2017
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*